UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 18-1592-DMG (RAOx) | Date | August 3, 2018 |

| | |
|---|---|
| Title | *GCIU-Employer Retirement Fund, et al. v. Professional Printers, Inc.* |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Anne Kielwasser |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Valentina S. Mindirgasova | Not Present |

**Proceedings:  Plaintiff's Motion for Entry of Default Judgment Pursuant to FRCP 55(B) [21]**

The cause is called and counsel state her appearance. There is no appearance by or on behalf of Defendant. The Court invites counsel to respond to the tentative ruling. Plaintiff's counsel submits to the tentative ruling. Plaintiff's Motion for Entry of Default Judgment Pursuant to FRCP 55(B) [Doc # 21] is hereby GRANTED. A written order and judgment will issue.

: 03