**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GCIU-EMPLOYER RETIREMENT FUND, et al.<br><br>Plaintiffs,<br><br>v.<br><br>PROFESSIONAL PRINTERS, INC.,<br><br>Defendant. | Case No. CV 18-1592-DMG (RAOx)<br><br>**JUDGMENT** |

On August 3, 2018, this Court granted the motion for default judgment filed by Plaintiffs GCIU-Employer Retirement Fund and Board of Trustees of the GCIU-Employer Retirement Fund.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Plaintiffs and against Defendant Professional Printers, Inc. in the total amount of $253,269.49. The total amount of the judgment is comprised of the following: $231,344 in withdrawal liability; $10,758.59 in prejudgment interest on Defendant's withdrawal liability; $2,101.32 in unpaid contributions, interest thereon, and audit costs; $8,484.08 in attorneys' fees; and $581.50 in court costs.

DATED: August 3, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE